IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LUIS ESCALANTE JIMENEZ PETITIONER

VS. CIVIL ACTION NO. 5:26-CV-397-DCB-BWR

JOHN DOE RESPONDENT

ORDER OF DISMISSAL

This matter is before the Court sua sponte for dismissal of Luis Escalante Jimenez's petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2241. Petitioner has failed to respond to Court orders directing him to pay the required filing fee, to complete a Motion to Proceed in Forma Pauperis form, and to complete a § 2241 petition form. See Orders [ECF Nos. 3, 4]. Furthermore, Jimenez has failed to respond to two separate Orders to Show Cause entered by the Court. See Orders [ECF Nos. 6, 7]. In addition, Orders addressed to him have been returned to the Court by the United States Postal Service marked "Return to Sender. Not Deliverable as Addressed. Unable to Forward. Released." See [ECF Nos. 2, 5, 8].

Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court finds that this matter should be dismissed without prejudice based on Petitioner's failure to prosecute. See also Link v. Wabash R. Co., 370 U.S. 626, 630-631 (1962) (finding that the court's inherent power to dismiss a case

sua sponte for lack of prosecution emanates from "the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.").

ACCORDINGLY, IT IS, THEREFORE, ORDERED that this case is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 21st day of August, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE